WILLIAM M. KUNTZ  # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| TABOT D. ARAIA, | No.  EDCV 09-0612 JEM |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of ONE THOUSAND FIVE HUNDRED DOLLARS and no/cents ($1,500.00), as authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED:     January 19, 2010

/s/John E. McDermott
UNITED STATES MAGISTRATE JUDGE

1